PAUL A. SHPIRT, ESQ.
Nevada Bar No. 10441
DIMOPOULOS INJURY LAW
6671 South Las Vegas Boulevard, Suite 275
Las Vegas, Nevada 89119
O: (702) 800-6000
F: (702) 224-2114
ps@stevedimopoulos.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALI SABZ, individually,<br><br>          Plaintiff,<br><br>     vs.<br><br>GHULAM RASUL NAJAFI, individually; PENSKE TRUCK LEASING CORPORATION, a foreign corporation; CRESTA, INC., a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>          Defendants. | CASE NO.: 2:23-cv-01255-RFB-NJK<br><br>**JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FRCP P 26(F) AND LOCAL RULE 26-1(B)**<br><br>**[SPECIAL SCHEDULING REVIEW REQUESTED]** |

Plaintiff, ALI SABZ, and Defendants, GHULAM RASUL NAJAFI (hereinafter "Najafi"), PENSKE TRUCK LEASING CORPORATION (hereinafter "Penske"), and CRESTA, INC. (hereinafter "Cresta"), by and through their respective counsel of record, hereby submit the following Joint Discovery Plan and Scheduling Order pursuant to the requirements of FRCP 26, FRCP 16(b) and LR 26-1, as follows:

**1. Prior Procedural History:**

1. This matter involves a motor vehicle collision that occurred on October 9, 2022. On May 21, 2023, Plaintiff filed his Complaint in the District Court. Defendant Penske was served on June 2, 2023. Defendant Cresta was served on June 6, 2023. Defendant Najafi was served on July 14, 2023. Defendant Cresta filed its Answer on July 24, 2023. Defendant Penske filed its Answer on August 9, 2023. Defendant Najafi filed his Answer on August 11, 2023.

2. **FRCP 26(f) Conference**:

   Pursuant to FRCP 26(f) and LR 26-1(d), a telephonic conference was held on August 24, 2023 between Plaintiff's counsel, Paul Shpirt, Esq., Counsel for Defendants Cresta and Najafi, Alan W. Westbrook, Esq., and Counsel for Defendant Penske, Bryan J. Ure, Esq. to formulate this scheduling order.

3. **Party Discovery Disclosures:**

   a. Defendant Penske submitted his disclosures on August 24, 2023.

   b. Plaintiff submitted his disclosures on August 30, 2023.

   c. Defendants Cresta and Najafi will submit their disclosures by September 7, 2023.

4. **Subjects of Discovery**: The parties agree that the areas of discovery should include, but not be limited to, all claims and defenses allowed pursuant to the FRCP and applicable law.

5. **Statement Concerning Special Scheduling Review:** Based on the complex nature of the Plaintiff's injuries, liability disputes, and anticipated experts and depositions, the parties have agreed to propose an extended schedule and propose the following discovery plan:

   a. **Discovery Cut-Off [LR 26-1(b)(1)]**: the parties propose that discovery end **Friday, February 23, 2024,** which is the first weekday 180 days from the FRCP 26(f) conference.

   b. **Amending the Pleading or Adding Parties**: the deadline to amend pleadings or add parties shall be no later than **Friday, November 24, 2023,** which is 90 days before the close of discovery.

   c. **FRCP 26(a)(2) Expert Disclosures**:

      i. Expert disclosures shall be made no later than **Friday, December 22, 2023,** which is the first weekday 60 days prior to the discovery cutoff date;

      ii. Rebuttal Expert disclosures shall be made no later than **Monday, January 22, 2024**, which is 30 days after expert disclosures;

   d. **Dispositive Motions:** Any dispositive motions shall be filed by **Friday, March 25, 2024**, which is 30 days after the close of discovery.

///

6. **Pre-Trial Order:** A joint pre-trial order shall be filed by **Wednesday, April 24, 2024,** which is the first weekday 30 days after the dispositive motion deadline. In the event dispositive motions are filed, this deadline shall be suspended until thirty days after decision of the dispositive motions or further order of the court.

7. **Alternative Dispute Resolution**: The parties are not requesting a settlement conference at this time.

8. **Alternative Forms of Case Disposition**: The parties hereby certify that they considered consent to trial by a magistrate judge under 28 U.S.C. 636(c) and FRP 73 and the use of the Short Trial Program (General Order 2013-01) but chose not to pursue either option.

9. **Electronic Evidence**. The parties hereby certify that they discussed the use of electronic evidence during trial.

10. **Later Appearing Parties**: A copy of this discovery plan and scheduling order shall be served on any person served after it is entered or, if additional defendants should appear, within five days of their first appearance. The discovery plan and scheduling order shall apply to such late appearing parties unless the Court, on motion and for good cause shown order otherwise.

11. **Discovery Phases**: The parties do not believe it is necessary to conduct discovery in phases.

12. **Document Production:** All documents produced in this action will be delivered as either hard copy documents or Tagged Image File Format ("TIFF"), Portable Document Format ("PDF"), and compressed digital files (JPEG) images unless the requesting party specifically requests that any responsive electronic documents be produce in native format. If a requesting party seeks metadata regarding an electronically stored document, that party shall specify the request for metadata in the request or by separate request for production.

13. **Protective Orders for Confidential Documents and/or Information**: The parties discussed confidential information and the process for addressing inadvertent disclosure of privileged information. They have agreed to separately prepare a stipulated protective order for the Court's consideration should such need arise.

14. **Extensions or Modifications of the Discovery Plan and Scheduling Order**: LR 26-3 governs modifications or extensions of this discovery plan and scheduling order. Any

stipulation or motion must be made not later than 21 days before the subject deadline and fully comply with LR 26-3.

**15. Electronic Service of Discovery:** Plaintiff hereby agrees to electronic service of all documents at the following email addresses: ps@stevedimopoulos.com and rq@stevedimopoulos.com. Defendants hereby agree to electronic service of all documents to the following email addresses: awestbrook@perrwestbrook.com, jmosley@perrywestbrook.com, vgonzalez@perrywestbrook.com, bure@murchisonlaw.com, and khaman@murchisonlaw.com.

**16. Other Orders**: At this time, there are no other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c).

DATED this 6th day of September 2023.
**DIMOPOULOS INJURY LAW**

_____
PAUL A. SHPIRT, ESQ.
Nevada Bar No. 10441
6671 South Las Vegas Boulevard, 275
Las Vegas, Nevada 89119
*Attorney for Plaintiff*

DATED this 6th day of September 2023.
**MURCHISON & CUMMING, LLP**

/s/ Bryan J. Ure
_____
BRYAN J. URE, ESQ.
Nevada Bar No. 11004
350 S. Rampart Boulevard, Suite 320
Las Vegas, Nevada 89145
*Attorney for Defendant,*
*Penske Truck Leasing Corporation*

DATED this 6th day of September 2023.
**PERRY & WESTBROOK**

/s/ Alan W. Westbrook
_____
ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
11500 S. Eastern Avenue, Suite 140
Henderson, Nevada 89052
*Attorney for Defendants,*
*Cresta, Inc. and Ghulam Rasul Najafi*

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: September 7, 2023