

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALI SABZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GHULAM RASUL NAJAFI, individually; PENSKE TRUCK LEASING CORPORATION, a foreign corporation; CRESTA, INC., a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01255-RFB-NJK<br><br>**ORDER GRANTING**<br>SUBSTITUTION OF ATTORNEYS |

## SUBSTITUTION OF ATTORNEYS

Defendants GHULAM RASUL NAJAFI and CRESTA, INC. hereby agree to substitute Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP as sole counsel of record for the Defendants GHULAM RASUL NAJAFI and CRESTA, INC., in the place and stead of Alan W. Westbrook, Esq. of PERRY & WESTBROOK, P.C. in the above-entitled matter.

Dated this 30 day of october 2023.

By ______________________
GHULAM RASUL NAJAFI

Dated this __ day of ________, 2023.

By ______________________
IURIE CRETU for CRESTA, INC.

Its: ______________________

## CONSENT TO SUBSTITUTION

Alan W. Westbrook, Esq. of PERRY & WESTBROOK, P.C. hereby agrees and consents to the substitution of Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP as sole counsel of record for GHULAM RASUL NAJAFI and CRESTA, INC. in the above-entitled action.

DATED this ______day of October, 2023.

PERRY & WESTBROOK, P.C.

/s/ Alan W. Westbrook
ALAN W. WESTBROOK
Nevada Bar No. 006167
11500 S. Eastern, Suite 140
Henderson, NV 89052
Attorneys for Defendants
GHULAM RASUL NAJAFI and
CRESTA, INC.

**SUBSTITUTION OF ATTORNEYS**

Defendants GHULAM RASUL NAJAFI and CRESTA, INC. hereby agree to substitute Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP as sole counsel of record for the Defendants GHULAM RASUL NAJAFI and CRESTA, INC., in the place and stead of Alan W. Westbrook, Esq. of PERRY & WESTBROOK, P.C. in the above-entitled matter.

Dated this __ day of ________, 2023.

By ______________________
GHULAM RASUL NAJAFI

Dated this 18 day of October, 2023.

By ______________________
IURIE CRETU for CRESTA, INC.

Its: owner

**CONSENT TO SUBSTITUTION**

Alan W. Westbrook, Esq. of PERRY & WESTBROOK, P.C. hereby agrees and consents to the substitution of Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP as sole counsel of record for GHULAM RASUL NAJAFI and CRESTA, INC. in the above-entitled action.

DATED this ______day of October, 2023.

PERRY & WESTBROOK, P.C.

/s/ Alan W. Westbrook
ALAN W. WESTBROOK
Nevada Bar No. 006167
11500 S. Eastern, Suite 140
Henderson, NV 89052
Attorneys for Defendants
GHULAM RASUL NAJAFI and
CRESTA, INC.

## SUBSTITUTION OF ATTORNEYS

Defendants GHULAM RASUL NAJAFI and CRESTA, INC. hereby agree to substitute Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH, LLP as sole counsel of record for the Defendants GHULAM RASUL NAJAFI and CRESTA, INC., in the place and stead of Alan W. Westbrook, Esq. of PERRY & WESTBROOK, P.C. in the above-entitled matter.

Dated this __ day of ________, 2023.

By ______________________________
GHULAM RASUL NAJAFI

Dated this __ day of ________, 2023.

By ______________________________
IURIE CRETU for CRESTA, INC.

Its:______________________________

## CONSENT TO SUBSTITUTION

Alan W. Westbrook, Esq. of PERRY & WESTBROOK, P.C. hereby agrees and consents to the substitution of Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP as sole counsel of record for GHULAM RASUL NAJAFI and CRESTA, INC. in the above-entitled action.

DATED this 9 day of November, 2023.

PERRY & WESTBROOK, P.C.

/s/ Alan W. Westbrook
ALAN W. WESTBROOK
Nevada Bar No. 006167
11500 S. Eastern, Suite 140
Henderson, NV 89052
Attorneys for Defendants
GHULAM RASUL NAJAFI and
CRESTA, INC.

ACCEPTANCE OF SUBSTITUTION

Josh Cole Aicklen, Esq. and Stephen L. Titzer, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accept the substitution as sole counsel of record for Defendants GHULAM RASUL NAJAFI and CRESTA, INC. in the above-entitled action.

DATED this 9 day of November, 2023.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
GHULAM RASUL NAJAFI and
CRESTA, INC.

**ORDER**

IT IS SO ORDERED.
Dated: November 13, 2023

Nancy J. Koppe
United States Magistrate Judge