JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
Stephen.Titzer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702-893-3383
Facsimile: 702-893-3789
Attorneys for Defendants
GHULAM RASUL NAJAFI and CRESTA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALI SABZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GHULAM RASUL NAJAFI, individually; PENSKE TRUCK LEASING CORPORATION, a foreign corporation; CRESTA, INC., a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01255-RFB-NJK |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that the Plaintiff's Complaint shall be dismissed with prejudice as to all the named Defendants: GHULAM RASUL NAJAFI; PENSKE TRUCK LEASING CORPORATION; and CRESTA, INC. ("Defendants"), with each party to bear their own costs and attorney's fees; and

///

1  IT IS FURTHER STIPULATED AND AGREED that all pending Motions and any
2  Hearings shall be vacated as moot.

3  Dated: 2-12-24.                              Dated: 2-12-24.

4  LEWIS BRISBOIS BISGAARD & SMITH LLP          DIMOPOULOS INJURY LAW

*/s/ Stephen Titzer*                            */s/ Steven K. Dimopoulos*

JOSH COLE AICKLEN                               STEVEN K. DIMOPOULOS
Nevada Bar No. 007254                           Nevada Bar No. 012729
STEPHEN L. TITZER                               PAUL A. SHPIRT
Nevada Bar No. 008289                           Nevada Bar No. 010441
6385 S. Rainbow Boulevard, Suite 600            6671 S. Las Vegas Blvd., Suite 275
Las Vegas, NV 89118                             Las Vegas, NV 89119
Attorneys for Defendants                        Attorneys for Plaintiff
GHULAM RASUL NAJAFI and                         ALI SABZ
CRESTA, INC.

Dated: 2/14/24.

MURCHISON & CUMMING, LLP

*/s/ Michael J. Nunez*

MICHAEL J. NUNEZ
Nevada Bar No. 010703
BRYAN J. URE
Nevada Bar No. 011004
350 S. Rampart Blvd., Suite 320
Las Vegas, NV 89145
Attorneys for Defendant
PENSKE TRUCK LEASING CORPORATION

132202717.1                                      2

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE as to all of the named Defendants, with each party to bear their own costs and attorneys' fees; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all pending Motions and Hearings are VACATED.

DATED this 16 day of Feb., 2024.

"It is so ordered."

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
GHULAM RASUL NAJAFI and CRESTA, INC.

132202717.1